IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERRY WHITE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 25-3106** |
| **COMMON PLEAS JUDGE NICHOLAS KAMOU**, *et al.* | : | |
| | : | |
| | : | |

## ORDER

**AND NOW,** this 10th day of November, 2025, upon consideration of the motions to dismiss filed by Defendants Judge Daniel Anders, Judge Nicholas Kamou (ECF No. 14) and Sheriff Rochelle Bilal (ECF No. 15) and Plaintiff's Motion for a Temporary Restraining Order (ECF No. 21), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The motions to dismiss filed by Defendants Judge Daniel Anders, Judge Nicholas Kamou, and Sheriff Rochelle Bilal are **GRANTED**;

2. Plaintiff's motion for a temporary restraining order is **DENIED**;

3. The claims against Defendants District Attorney Larry Krasner, Judge Mitchell Goldberg, Judge Jeffrey Schmehl, and Judge Gerald Pappert are **DISMISSED** sua sponte pursuant to 28 U.S.C. § 1915(e)(2)(B); and

4. This case is **DISMISSED WITH PREJUDICE** as to all Defendants.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

_____
HON. MIA R. PEREZ